﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/20 Archive Date: 05/13/20

DOCKET NO. 190703-21157
DATE: May 13, 2020

ORDER

Service connection for left ear hearing loss is granted.

FINDING OF FACT

The Veteran was shown to have hearing loss in his left ear while in service.

CONCLUSION OF LAW

The criteria for service connection for left ear hearing loss have been met. 38 U.S.C. § 1110; 38 C.F.R. § 3.303.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran honorably served in the Air Force from January 1951 to September 1971, and from June 1974 to January 1975. In a June 2019 rating decision, the Regional Office denied his claim for service connection for his left ear hearing loss. The Veteran appealed to the Board, electing a direct review lane. 

Establishing service connection for hearing loss generally requires the evidence to show an existence of hearing loss, an acoustic trauma in service, and an etiological link between the two. See Shedden v. Principi, 381 F.3d 1163 (Fed. Cir. 2004). This causal link generally must be established by the medical evidence. See Jandreau v. Nicholson, 492 F.3d 1372 (Fed. Cir. 2007).

In this case, VA has conceded the Veteran’s noise exposure in service, and determined that his left ear hearing loss meets the VA definition of hearing loss. 

Looking to service treatment records, the Veteran is shown during service to have had hearing loss in his left ear, albeit at frequencies above what is considered in the VA regulations, on multiple occasions.

Nevertheless, the Board believes that given the significant noise exposure the Veteran experienced during his more than 20 years of military service, combined with the fact that he currently has hearing loss in his left ear for VA purposes, service connection should be granted for left ear hearing loss.

 

MATTHEW W. BLACKWELDER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Alex Bardin, Associate Counsel 

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.